**EXHIBIT B**

| | | | | |
|---|---|---|---|---|
| **Invoice Number:** 64555071 | | | **Remit To:** | |
| Invoice Date: September 22, 2010 | | | P.O. Box 9121 | |
| | | | Minneapolis, MN 55480-9121 | |



**C.H. Robinson Worldwide, Inc. and Subsidiaries**

**Bill-to:**
C707126

ATTN: ACCOUNTS PAYABLE
AUSTER COMPANY, INC.
2404 S. WOLCOTT
UNITS 32 & 33
CHICAGO, IL 60608

| | |
|---|---|
| **Amount Due:** | **USD 15,143.00** |
| **Payment Due:** | September 27, 2010 |

Freight to be invoiced by C.H. Robinson

---

**CHR Load:** 81455284　　　　　　　　　　Branch Code: 0301 Central Produce
Ship Date: 09/17/2010　　　　　　　　　　CHR SO: 2840516
Cust PO: Linda　　　　　　　　　　　　　Freight Payer Ref: Linda

### ITEM DETAIL

| Description | Quantity | U/M | Weight | Unit Price | Total |
|---|---|---|---|---|---|
| Lett-Leaf, Romaine, 24 ct | 105 | Ctn | 30 LBS | 16.50 | USD 1,732.50 |
| Lett-Leaf, Green, 24 ct | 84 | Ctn | 25 LBS | 16.50 | USD 1,386.00 |
| Lett-Leaf, Red, 24 ct | 42 | Ctn | 23 LBS | 13.50 | USD 567.00 |
| Lett-Iceberg, Liner, 24 ct | 160 | Ctn | 46 LBS | 13.25 | USD 2,120.00 |
| Lett-Iceberg, Wrapped, 30 ct | 120 | Ctn | 46 LBS | 13.00 | USD 1,560.00 |
| Cauliflower, Wrapped, 12 ct | 112 | Ctn | 32 LBS | 10.50 | USD 1,176.00 |
| Celery, Naked, 24 ct | 96 | Ctn | 62 LBS | 14.00 | USD 1,344.00 |
| Celery, Naked, 30 ct | 96 | Ctn | 62 LBS | 14.00 | USD 1,344.00 |
| Artichoke, Cardoni, 24 ct | 88 | Ctn | 27 LBS | 18.25 | USD 1,606.00 |
| Artichoke, Cardoni, 36 ct | 88 | Ctn | 25 LBS | 16.25 | USD 1,430.00 |
| Herb, Anise, 12 ct | 56 | Ctn | 15 LBS | 15.25 | USD 854.00 |

### RATES AND ACCESSORIALS

| Description | Type | Units | Per Unit | Total |
|---|---|---|---|---|
| Temp Recorder | Flat | 1 | 23.50 | USD 23.50 |

### PAYMENTS

| Check Number | Receipt Date | Amount |
|---|---|---|
| 17649 | 12/06/2010 | USD 15,143.00 |
| 17649 | 12/15/2010 | USD -15,143.00 |
| 17649 | 12/16/2010 | USD 15,143.00 |
| 17649 | 12/28/2010 | USD -15,143.00 |

| | |
|---|---|
| **Sub-Total:** | **USD 15,143.00** |
| **Payment Received:** | USD 0.00 |
| **Amount Due:** | USD 15,143.00 |

---

**C.H. Robinson Company, 1200 Internationale Pkwy, Ste 150, Woodridge, IL 60517-5126**
Fed Tax ID 41-0680048, D&B 806737383, MC 131029

### Please reference invoice 64555071 when remitting payment.
If you have questions regarding this invoice or your account, please call Jack Seamans at 630-972-3900 or email at Jack.Seamans@chrobinson.com.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the Perishable Agricultural Commodities act, 1930 (7 U.S.C.499E (C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. You agree to pay interest at 1.5% per month and any attorneys fees incurred necessary to collect payment. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.
Deposit of a check for less than full amount of this invoice shall not constitute an accord and satisfaction nor a full settlement of this invoice without prior written agreement.
The terms and conditions shown above constitute the complete agreement of the parties, and may only be altered in a written agreement signed by both parties.