UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| C.H. ROBINSON WORLDWIDE, INC., a corporation, | ) ) Case No. 1:11-cv-00105 ) |
| Plaintiff, | ) ) |
| | ) Judge: Hon. Charles P. Kocoras |
| v. | ) ) |
| AUSTER ACQUISITIONS, LLC, d/b/a THE AUSTER COMPANY, INC., a corporation; et al., | ) ) ) ) |
| Defendants. | ) ) |
| TOM LANGE CO., INC., a corporation; DAYKA & HACKETT, LLC, a limited liability company; EJ'S PRODUCE SALES, INC., a corporation, | ) ) ) ) ) |
| Intervening Plaintiffs, | ) ) |
| v. | ) ) |
| AUSTER ACQUISITIONS, LLC, d/b/a THE AUSTER COMPANY, INC., a corporation; TOM BASTOUNES, an individual; PAUL DUGGAN, an individual; MICHAEL D. HUGHES, in his capacity as Executor of THE ESTATE OF DENNIS F. NARDONI; STANDARD BANK AND TRUST CO., a corporation, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF PRESENTMENT OF MOTION AND HEARING**

PLEASE TAKE NOTICE that on January 11, 2011, Intervening Plaintiffs TOM LANGE CO., INC., DAYKA & HACKETT, LLC, and EJ'S PRODUCE SALES, INC. electronically filed its "Motion For Leave To Intervene As Party Plaintiffs; Memorandum Of Points And Authorities; Exhibits In

1

Support," a copy of which was served on all registered counsel of record through the Court's ECF system and also issued this date to all Defendants by overnight delivery.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 5.3, this Motion has been noticed and set for hearing on Thursday, January 13, 2011 at 9:30 a.m. CT, or as soon thereafter as counsel may be heard, before the Honorable Charles P. Kocoras, United States District Judge, Courtroom 1719, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

PLEASE TAKE FURTHER NOTICE that the hearing is subject to cancellation in the event the Court summarily grants the Motion in advance.

Respectfully submitted,

**TEEPLE LEONARD & ERDMAN**

By: /s/ Michael H. Erdman
Michael H. Erdman
John L. Leonard
Teeple Leonard & Erdman
175 W. Jackson Blvd., Suite 240
Chicago, IL 60604
Tel: 312-986-3226
Fax: 312-986-3981
mherdman@teeplelaw.com

and

By: /s/ R. Jason Read
R. Jason Read, CA SBN 117561
Rynn & Janowsky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: 949-752-2911
Fax: 949-752-0953
Jason@rjlaw.com

Attorneys For Intervening Plaintiffs Tom Lange Co., Inc., Dayka & Hackett, LLC,

and EJ's Produce Sales, Inc.

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Presentment of Motion and Hearing was electronically filed and served on all counsel of record through the Court's ECF system this 11th day of January 2011 and to the following Defendants via Fed-Ex Overnight Delivery:

| | |
|---|---|
| Auster Acquisitions, LLC | Standard Bank and Trust Co. |
| Tom Bastounes | 7800 West 95th Street |
| Paul Duggan | Hickory Hills, IL 60457 |
| Chicago International Produce Market | |
| 2404 S. Wolcott Avenue, Unit 32 | |
| Chicago, IL 60608-5300 | |

**TEEPLE LEONARD & ERDMAN**

By: /s/ Michael H. Erdman
Michael H. Erdman
John L. Leonard
Teeple Leonard & Erdman
175 W. Jackson Blvd., Suite 240
Chicago, IL 60604
Tel: 312-986-3226
Fax: 312-986-3981
mherdman@teeplelaw.com