```
                12/10/10
                364804
                Auster Co.



18   CS  Broccoli
                    @    28.00 =     504.00
```

**MICHAEL J. NAVILIO & SON, INC.**
TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515   Fax (312) 243-6377

Date:
Invoice: 12/10/10 (07:25:44) #1
Customer: 364804
Ship to: Auster Co.

## Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 18 | CS Broccoli | | |

15229:c~

*SEE DEAN*
*PEDRO*
*SEE DEAN*

```
Duplicat         Total =   504.00
```

By: Dean                                 Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed o this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishabl Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains trust claim over these commodities, all inventories of food or other products derived from thes commodities, and any receivables or proceeds from the sale of these commodities until full paymer is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collectio costs including attorney's fees shall be considered sums owed in connection with this transaction un d

```
                                                                MICHAEL J. NAVILIO & SON, INC.
      12/14/10                                                   TOMATOES, VEGETABLES AND FRUITS
      365394                                                    ———
      Auster Co.                                                Chicago International Product Market
                                                                2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
                                                                    Tel. (312) 243 7515  Fax (312) 243-6377

                                                                Date:
         48   CS Broccoli                                       Invoice: 12/14/10 (04:29:02) #1
QUEEN VIC [USA]              @   30.00  =   1440.00             Customer: 365394
                                                                Ship to: Auster Co.

                                                                      Keep This Copy
                                                                QUANTITY    DESCRIPTION    PRICE    AMOUNT

                                                                   48   CS Broccoli
                                                                QUEEN VIC [USA]
                                                                                                15239:cC
```

PEDRO

```
Duplicat            Total =   1440.00
```

By: Dean                                                Copy #1

CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

```
                                                                01/11/11 (08:39:16) #2
          12/17/10
          366248                          MICHAEL J. NAVILIO & SON, INC.
          Auster Co.                      TOMATOES, VEGETABLES AND FRUITS

                                               Chicago International Product Market
                                          2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
                                                Tel. (312) 243 7515  Fax (312) 243-6377
                                          Date:
      8    CS Peppers, Other              Invoice:  12/17/10 (09:43:07) #1
Veggie Sweet 12/1pt (M    @   25.50 =  204.00   Customer: 366248
                                          Ship to:  Auster Co.
                                                    Keep This Copy
```

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 8 | CS Peppers, Other Veggie Sweet 12/1pt (Mex) | | 15289:ð{ |

SEE SEAN

```
Duplicat      Total =   204.00

                                      By: Mike R                    Copy #1
```

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered

```
                12/21/10
                366738
                Auster Co.
                LINDA


         70    CS  Cabbage, Green
MEDIUM [USA]              @   15.50  =   1085.00
         10    CS  Cabbage, Red
MEDIUM [USA]              @   17.00  =    170.00
         56    CS  Red Peppers, Choice
PRIME TIME [MEXICO]       @   36.00  =   2016.00
```

## MICHAEL J. NAVILIO & SON, INC.
### TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

Date: 12/21/10 (05:28:04) #1
Invoice: 366738
Customer:
Ship to: Auster Co.
         LINDA

### Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 70 | CS Cabbage, Green MEDIUM [USA] | M0 | :òq |
| 10 | CS Cabbage, Red MEDIUM [USA] | M1 | :cs |
| 56 | CS Red Peppers, Choice PRIME TIME [MEXICO] | M2 | :cå |



Duplicat        Total =   3271.00

By: FRED                                   Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

```
12/21/10
366751
Auster Co.


    15    CS Peppers, Other
Veggie Sweet 12/1pt (M       @   25.50 =    382.50
```



```
                                    MICHAEL J. NAVILIO & SON, INC.
                                     TOMATOES, VEGETABLES AND FRUITS

                                       Chicago International Product Market
                                    2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
                                       Tel. (312) 243 7515  Fax (312) 243-6377

  Date:     12/21/10 (05:43:29) #1
  Invoice:  366751
  Customer:
  Ship to:  Auster Co.

                    Keep This Copy
QUANTITY    DESCRIPTION         PRICE       AMOUNT

   15    CS Peppers, Other
Veggie Sweet 12/1pt (Mex)
                                            15289:ò{
```

SEE SEAN

```
Duplicat       Total =    382.50
```

By: Mike R                              Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

```
                12/21/10
                366761
                Auster Co.


      60     CS  Cabbage, Green
LARGE [USA]           @   15.50  =    930.00
```

**MICHAEL J. NAVILIO & SON, INC.**
**TOMATOES, VEGETABLES AND FRUITS**

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

Date:      12/21/10 (06:15:51) #1
Invoice:   366761
Customer:  Auster Co.
Ship to:

## Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|

60    CS  Cabbage, Green
LARGE [USA]
                          M0    :òq

```
Duplicat       Total =   930.00
```

By: FRED                                Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

```
12/21/10
366824
Auster Co.
LINDA


    56    CS  Red Peppers, Choice
PRIME TIME [MEXICO]        @   36.00  =    2016.00
```

**MICHAEL J. NAVILIO & SON, INC.**
🍅 TOMATOES, VEGETABLES AND FRUITS 🍅

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

Date:
Invoice: 12/21/10 (08:06:48) #1
Customer: 366824
Ship to: Auster Co.
         LINDA

Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 56 | CS Red Peppers, Choice PRIME TIME [MEXICO] | | 15312:ca |

```
Duplicat        Total =   2016.00
```

By: FRED                                      Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

```
                                                                  MICHAEL J. NAVILIO & SON, INC.
12/22/10                                                          TOMATOES, VEGETABLES AND FRUITS
366952
Auster Co.                                                        Chicago International Product Market
linda                                                             2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
                                                                     Tel. (312) 243 7515  Fax (312) 243-6377
                                                                  Date:
                                                                  Invoice: 12/22/10 (05:47:50) #1
   10    SK Parsnips                                              Customer: 366952
20# Fresh Parsnips USA      @   22.00 =    220.00                 Ship to: Auster Co.
                                                                           linda
                                                                        Keep This Copy
                                                                  QUANTITY   DESCRIPTION   PRICE   AMOUNT

                                                                     10    SK  Parsnips
                                                                  20# Fresh Parsnips USA
                                                                                              M0    :cx




Duplicat       Total =   220.00




                                                                  By: FRED                       Copy #1
                                                                  CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY
```

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under

```
12/23/10
367133
Auster Co.
```

```
  80    SK Carrots, Loose
PIER C [CANADA]         @  18.00  =  1440.00
```

```
Duplicat         Total =  1440.00
```

01/11/11 (08:39:30) #1

# MICHAEL J. NAVILIO & SON, INC.
### TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515   Fax (312) 243-6377

Date:
Invoice: 12/23/10 (04:25:45) #1
Customer: 367133
Ship to: Auster Co.

## Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 80 | SK Carrots, Loose | | |
| PIER C [CANADA] | | | 15310:ct |

By: FRED                                  Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under