12/27/10
367647
Auster Co.

84 CS Corn, Sweet
BI -COLOR [USA] @ 12.00 = 1008.00

Duplicat

Total = 1008.00

01/11/11 (08:39:32) #1

**MICHAEL J. NAVILIO & SON, INC.**

TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date: 12/27/10 (05:52:51) #1
Invoice: 367647
Customer: Auster Co.
Ship to:

## Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 84 | CS Corn, Sweet BI -COLOR [USA] Cooler #2. | | |

15387:cn

PEDRO

By: Jimmy

Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection

12/28/10
367872
Auster Co.
LINDA

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | CS | Cabbage, Red | | | | |
| MEDIUM [USA] | | | @ | 21.00 | = | 420.00 |

Duplicat

Total = 420.00

01/11/11 (08:39:34) #1

**MICHAEL J. NAVILIO & SON, INC.**

TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date: 12/28/10 (06:02:36) #1
Invoice: 367872
Customer: Auster Co.
Ship to: LINDA

**Keep This Copy**

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 20 | CS Cabbage, Red<br>MEDIUM [USA] | | |

M0 :CW

By: FRED

Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction unde

12/28/10
367970
Auster Co.

5 CS Yellow Peppers, Choice
PRIME TIME [MEXICO] @ 48.00 = 240.00

Duplicat Total = 240.00

01/11/11 (08:38:36) #1

**MICHAEL J. NAVILIO & SON, INC.**
TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Wally

Date:
Invoice: 12/28/10 (08:51:43) #1
Customer: 367970
Ship to: Auster Co.

## Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 5 | CS Yellow Peppers, Choice PRIME TIME [MEXICO] 15307:cÆ | | |

Sebelinda pickup check!

PEDRO

By: FRED Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under

01/03/11
368896
Auster Co.

35 CS Romaine
SUPERIOR [USA] @ 14.00 = 490.00

Duplicat

Total = 490.00

**MICHAEL J. NAVILIO & SON, INC.**
TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date:
Invoice: 01/03/11 (07:09:05) #1
Customer: 368896
Ship to: Auster Co.

Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 35 | CS Romaine SUPERIOR [USA] | | |

15449:cp

SEE DEAN

SEE DEAN

By: Dean

Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

**MICHAEL J. NAVILIO & SON, INC.**
TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515 Fax (312) 243-6377

01/03/11
369002
Auster Co.

Date:
Invoice: 01/03/11 (09:20:12) #1
Customer: 369002
Ship to: Auster Co.

10 CS Romaine
SUPERIOR [USA] @ 14.00 = 140.00

Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | CS Romaine SUPERIOR [USA] | | |

15449:cp

Enrique

Duplicat

Total = 140.00

By: Dean

Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

# MICHAEL J. NAVILIO & SON, INC.
## 🍅 TOMATOES, VEGETABLES AND FRUITS 🍎

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | CS Cabbage, Green MAGIC VALLEY PRODUCE | | |

15374:CZ

Customer: Auster Co.
Ship to:
Invoice: 369027
Date: 01/03/11 (09:50:03) #1

PRODUCE (signature)

By: FRED   Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under...

---

01/03/11
369027
Auster Co.

01/11/11 (08:39:42) #1

| | | | | | |
|---|---|---|---|---|---|
| 1 | CS Cabbage, Green MAGIC VALLEY PRODUCE | @ | 24.00 | = | 24.00 |

Total = 24.00

Duplicat

01/03/11
369043
Auster Co.

40 CS Lettuce
KIN O HEARTS [USA] @ 12.50 = 500.00

Duplicat

Total = 500.00

**MICHAEL J. NAVILIO & SON, INC.**
TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date:
Invoice: 01/03/11 (10:49:33) #1
Customer: 369043
Ship to: Auster Co.

Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 40 | CS Lettuce KIN O HEARTS [USA] | | |

15430:òn

Pedro

By: Dean

Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under

01/04/11
369088
Auster Co.

| | | | | |
|---|---|---|---|---|
| 20 CS Romaine<br>SUPERIOR [USA] | @ | 14.00 | = | 280.00 |
| 20 SK Carrots, Loose<br>PIER C [CANADA] | @ | 22.00 | = | 440.00 |
| 16 CS Lettuce<br>KIN O HEARTS [USA] | @ | 12.50 | = | 200.00 |

Duplicat

Total = 920.00

**MICHAEL J. NAVILIO & SON, INC.**
TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date:
Invoice: 01/04/11 (06:04:27) #3
Customer: 369088
Ship to: Auster Co.

# Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 20 | CS Romaine<br>SUPERIOR [USA] | | 15449:cp |
| 20 | SK Carrots, Loose<br>PIER C [CANADA] | | 15421:cx |
| 16 | CS Lettuce<br>KIN O HEARTS [USA] X | | 15430: òn |

PEDRO

By: Dean

Copy #3

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

# MICHAEL J. NAVILIO & SON, INC.
### 🍅 TOMATOES, VEGETABLES AND FRUITS 🍅

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL. 60608
Tel. (312) 243 7515  Fax (312) 243-6377

Date: 01/05/11 (04:58:49) #2
Invoice: 369293
Customer: Auster Co.
Ship to: Auster Co.

## Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 25 | CS Red Peppers, Choice PRIME TIME [MEXICO] 15457:c~ | @ 28.00 | 700.00 |
| 9 | BX ORANGE PEPPERS PRIME TIME 15457:c& | @ 36.00 | 216.00 |

Pedro

Total = 916.00    Duplicate

By: Rich    Copy #2

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under

# MICHAEL J. NAVILIO & SON, INC.
## TOMATOES, VEGETABLES AND FRUITS

Chicago International Product Market
2404 S. Wolcott, Units 26 - 27, Chicago IL 60608
Tel. (312) 243 7515 Fax (312) 243-6377

Date: 01/05/11 (11:21:03) #1
Invoice: 369454
Customer: Auster Co.
Ship to: Auster Co.

### Keep This Copy

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 17 CS | Green Peppers, Jumbo PRIME TIME [MEXICO] 15457:cp | | |
| 9 CS | Cucumbers, Super MORE MATTERS [MEXICO] 15453:cy | | |

Duplicate Total = 445.00

By: Dean         Copy #1

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

Payment due 10 days from the date of acceptance. The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.) 499E(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay interest of 1 1/2% per month on the unpaid balance and all collection costs including attorney's fees shall be considered sums owed in connection with this transaction under the PACA trust.

---

01/05/11
369454
Auster Co.

| 17 CS | Green Peppers, Jumbo PRIME TIME [MEXICO] | @ 14.00 | = 238.00 |
| 9 CS | Cucumbers, Super MORE MATTERS [MEXICO] | @ 23.00 | = 207.00 |